920

No. 136. UNITED STATES *v.* KASINOWITZ ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *John T. McTernan* for respondents.

No. 286. POTTER, U. S. ATTORNEY, ET AL. *v.* ESTES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for petitioners.

No. 389. WILCOX *v.* WOODS, HOUSING EXPEDITER. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman* for respondent.

No. 394. MILLER *v.* KOSLING. Supreme Court of Ohio. Certiorari denied.

No. 422. CAVU CLOTHES, INC. ET AL. *v.* SQUIRES, INC. C. A. 6th Cir. Certiorari denied. *Robert S. Marx, Frank Zugelter* and *Gerald B. Tjoflat* for petitioners. *Warren C. Horton* for respondent.

No. 428. SUNBEAM CORPORATION *v.* SUNBEAM LIGHTING Co. ET AL. C. A. 9th Cir. Certiorari denied. *William T. Woodson* and *Beverly W. Pattishall* for petitioner. *Collins Mason* for respondents.

No. 467. STEBCO INCORPORATED *v.* GILLMOUTHE, SHERIFF. Supreme Court of Oregon. Certiorari denied. *Charles A. Hart, Hugh L. Biggs* and *Cleveland C. Cory*

for petitioner. *Wilber Henderson* and *Dean H. Dickinson* for respondent. ▪

No. 131, Misc. LEVINE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▪

No. 150, Misc. NEWAGON *v.* SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied. *A. J. Zirpoli* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, John R. Benney* and *Felicia H. Dubrovsky* for respondent. ▪

No. 167, Misc. NOELL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▪

No. 206, Misc. SANDERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▪

No. 222, Misc. NEWMAN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. ▪

No. 242, Misc. McINTOSH *v.* STEELE, WARDEN. C. A. 8th Cir. Certiorari denied. ▪

No. 248, Misc. FOSTER *v.* SHERIFF OF LOS ANGELES COUNTY. Supreme Court of California. Certiorari denied. *Loren Miller, Fred Okrand* and *A. L. Wirin* for petitioner.

No. 254, Misc. McGEE *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Aubrey Grossman* for petitioner.